**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

DENNIS MCKEITHAN,           :   No. 143 EM 2016

         Petitioner       :

        v.               :

SHEILA WOODS SKIPPER, PRESIDENT   :
JUDGE, JACQUELINE F. ALLEN,        :
ADMINISTRATIVE JUDGE, DAVID        :
SZEWCZAK, PROTHONOTARY OF        :
SUPERIOR COURT,                :

         Respondents     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 14th day of November, 2016, the Petition for Writ of Mandamus

is **DENIED**.  The Prothonotary is **DIRECTED** to strike the names of the jurists from the

caption.